■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR CLAYTON, Appellant. [706 NYS2d 352] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Sampson, J.), rendered September 8, 1997, convicting him of attempted burglary in the third degree and criminal mischief in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Ritter, Santucci and S. Miller, JJ., concur.